THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM GRIFFIN, Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the County Court, Orange County, imposed August 20, 1973, upon a conviction of possession of gambling records in the second degree, on a plea of guilty, the sentence being three months' incarceration in the Orange County Jail. Sentence modified, as a matter of discretion in the interest of justice, by reducing it to the time served. As so modified, sentence affirmed. In our opinion, the sentence was excessive to the extent indicated herein. Hopkins, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT MEYER, Appellant.— Appeal by defendant from a judgment of the County Court, Putnam County, rendered February 5, 1973, convicting him of sodomy in the first degree, sexual abuse in the third degree and possession of a dangerous weapon as a felony, after a nonjury trial, and imposing sentence. Judgment reversed, on the law, and indictment dismissed. The People failed to prove by independent corroborative evidence that defendant was the alleged assailant of the complainant (Penal Law, § 130.15; *People* v. *Linzy,* 31 N Y 2d 99, 101; *People* v. *Sigismondi,* 21 N Y 2d 186). On the facts in this case the sexual abuse count must also fall for lack of corroboration (*People* v. *Doyle,* 31 A D 2d 490, affd. 26 N Y 2d 752; *Matter of Byron D.,* 36 A D 2d 742). Gulotta, P. J., Hopkins, Brennan and Munder, JJ., concur; Martuscello, J., concurs in the reversal and dismissal as to the counts of sodomy and possession of a dangerous weapon, but otherwise dissents and votes to affirm as to the conviction and sentence for sexual abuse in the third degree.